IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **LUKE A. HOLLEY,** § § **Plaintiff,** § § v. § § **DR. MARK T. ESPER,** in his official § capacity as the acting **SECRETARY OF** § **DEFENSE,** § § **Defendants.** § | CASE NO. 5:20-cv-00093-RWS-CMC JURY DEMANDED |

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff LUKE A. HOLLEY, pursuant to the Court's Docket Control Order entered in this case, files this Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

| | **WITNESS, employer, topic of testimony** | **WILL CALL** | **MAY CALL** | **MAY, BUT PROBABLY WILL NOT CALL** |
|---|---|---|---|---|
| 1. | PLAINTIFF LUKE A. HOLLEY, Defense Logistics Agency, Elements of Plaintiff's claims, including damages | X | | |
| 2. | APRIL N. HOLLEY, Plaintiff's Spouse, Damages, including Plaintiff's emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life | | X | |
| 3. | KEVIN BROWN, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | X | | |
| 4. | THERESA NEAL, Defense Logistics Agency, Plaintiff's former supervisor, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | X | | |

| | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 5. | CYNTHIA ALLEN, Defense Logistics Agency, EEO Specialist, DLA policies and procedures for processing requests for reasonable accommodations | X | | |
| 6. | LAURA MCDANIEL-WALKER, Defense Logistics Agency, Plaintiff's former supervisor, Plaintiff's reasonable accommodation request, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | X | | |
| 7. | DEPUTY COMMANDER FREDDIE HILDRICH, Defense Logistics Agency, Plaintiff's supervisor, Plaintiff's reasonable accommodation request, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | X | | |
| 8. | RONNIE FIELDS, Retired (Defense Logistics Agency), Plaintiff's former supervisor, Plaintiff's reasonable accommodation request, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | | X | |
| 9. | LINDA AINSWORTH, Retired (Defense Logistics Agency), Plaintiff's former co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | | X | |
| 10. | KELLY PROBY, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | | X | |
| 11. | TIM ALLEN, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff | | | X |

|  | **WITNESS, employer, topic of testimony** | **WILL CALL** | **MAY CALL** | **MAY, BUT PROBABLY WILL NOT CALL** |
|---|---|---|---|---|
| 12. | DEVIN WEED, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff |  |  | X |
| 13. | LARRY ASHLIN, Defense Logistics Agency, Plaintiff's former supervisor, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff |  |  | X |
| 14. | ANNIE FIELDS, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff |  |  | X |
| 15. | JOE MCCORD, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff |  |  | X |
| 16. | RAYMOND FIELDS, Defense Logistics Agency, Plaintiff's co-worker, employer's harassment, retaliation, hostile work environment, and discrimination perpetrated against Plaintiff, employer's failure to accommodate Plaintiff |  |  | X |
| 17. | WILLIAM PERRY, Defense Logistics Agency, Plaintiff's co-worker; Decision Maker on Plaintiff's request for a reasonable accommodation, Plaintiff's request for a reasonable accommodation |  |  | X |
| 18. | RICHARD MALDONADO, Retired (Defense Logistics Agency), EEO Specialist, Plaintiff's request for a reasonable accommodation |  |  | X |

        Respectfully submitted,

        **JONATHAN R. PRAZAK**

        **LAW OFFICE OF JONATHAN R. PRAZAK, PLLC**
        620 West 3rd Street, Suite 404
        Little Rock, Arkansas 72201
        (501) 263-1800 (Telephone)
        (479) 340-0041 (Facsimile)
        jprazak@prazaklaw.com

By:   /s/Jonathan R. Prazak
       JONATHAN R. PRAZAK
       Tex. Bar No. 24072288

**ATTORNEY FOR PLAINTIFF LUKE A. HOLLEY**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 5th day of May, 2021, a true and correct copy of the above and foregoing document was served on the following Counsel via the Court's ECF filing system:

Aimee M. Cooper
Assistant United States Attorney
United States Attorney's Office
101 East Park Blvd., Suite 500
Plano, Texas 75074
aimee.cooper@usdoj.gov

        /s/Jonathan R. Prazak
        Jonathan R. Prazak