IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LUKE A. HOLLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:20-cv-00093-RWS-CMC |
| | § | |
| DR. MARK T. ESPER, in his official capacity as the SECRETARY OF DEFENSE, | § § § | |
| | § | |
| Defendant. | § | |

## **DEFENDANT'S TRIAL WITNESS LIST**

Defendant, Dr. Mark T. Esper, in his official capacity as the Secretary of Defense, (hereinafter, "Secretary of Defense" or "Defendant") by and through its undersigned counsel, provides this Trial Witness List pursuant to the Court's Docket Control Order.

Defendant identifies the following witnesses for trial:

1. Kim Rogers, DLA Human Resources
2. Cynthia Allen, DLA EEO Counselor
3. Deputy Commander Freddie Hildrich, DLA DDRT Deputy Commander
4. Laura McDaniel-Walker, DLA DDRT Employee and Supervisor
5. JoAnn Schopman, DLA EEO Counselor
6. Theresa Neal, DLA Employee
7. Kevin Brown, DLA Employee
8. Maurice Muhle, DLA Employee
9. Tim Allen, DLA Employee
10. Kelly Probe, DLA Employee
11. Devin Weed, DLA Employee
12. Larry Ashlin, DLA Employee
13. Joe McCord, DLA Employee
14. Raymond Fields, DLA Employee

15. Annie Fields, DLA Employee and Supervisor
16. William Perry, DLA Supervisor
17. Ronnie Fields, Retired DLA Employee
18. Linda Ainsworth, Retired DLA Employee
19. Richard Maldonado, Retired DLA Employee
20. Treating Physicians. Names unknown. Plaintiff had not provided medical records. A Motion to Compel is pending before this Honorable Court.

Respectfully submitted,

NICHOLAS J. GANJEI
Acting United States Attorney
For the Eastern District of Texas

/s/ *Aimee M. Cooper*
AIMEE M. COOPER
Assistant United States Attorney
Lead Attorney
Texas State Bar No. 24061167
United States Attorney's Office
101 East Park Blvd., Suite 500
Plano, Texas 75074
Telephone: (972) 943-3597
Telefax: (972) 509-1209
aimee.cooper@usdoj.gov

**ATTORNEYS FOR THE
SECRETARY OF DEFENSE**

## CERTIFICATE OF SERVICE

I certify that on May 7, 2021, a true copy of this motion with attachments was served on all counsel of record by way of the Court's CM/ECF system.

*/s/ Aimee M. Cooper*
Aimee M. Cooper